UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOISES HERNANDEZ, *individually and on behalf of others similarly situated*,

Plaintiff,

– against –

FOOD & BEYOND LLC (*d/b/a* BREAD AND BUTTER), BARNABAS Y. WOO, JIMMY KIM, KEVIN CHOI, *and* HYUN PARK,

Defendants.

**ORDER**

20 Civ. 7705 (ER)

Ramos, D.J.:

On March 5, 2021 the mediator reported that mediation was held and agreement was reached on all issues. Doc. 24. The parties are therefore instructed to submit a proposed settlement agreement for the Court's approval by no later than March 29, 2021.

It is SO ORDERED.

Dated:   March 8, 2021
         New York, New York

_____
Edgardo Ramos, U.S.D.J.