**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

MOISES HERNANDEZ, *individually and on behalf of others similarly situated,*

        *Plaintiff,*

-against-

FOOD & BEYOND LLC (D/B/A BREAD AND BUTTER), BARNABAS Y. WOO, JIMMY KIM and HYUN PARK,

        *Defendants.*

----------------------------------------------------------------X

Case No.: 20-cv-07705-ER

**[Proposed Form Of]**
**JUDGMENT**

## JUDGMENT

On March 12, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MOISES HERNANDEZ, have judgment against FOOD & BEYOND LLC (D/B/A BREAD AND BUTTER), BARNABAS Y. WOO and JIMMY KIM, jointly and severally, in the amount of Twenty Thousand Dollars and No Cents ($20,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

                                            _____
                                            EDGARDO RAMOS
                                            UNITED STATES DISTRICT JUDGE