UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOISES HERNANDEZ, *individually and on behalf of others similarly situated*,

                Plaintiff,

– against –

FOOD & BEYOND LLC, *et al.*,

                Defendants.

**ORDER**

20 Civ. 7705 (ER)

Ramos, D.J.:

        Plaintiff filed a notice of acceptance of an offer of judgment against defendants Food & Beyond LLC, Woo, and Kim on March 12, 2021.  The Court entered judgment against these defendants on March 15, 2021.  Defendant Park remains in the case.  Plaintiffs are therefore directed to submit a status report by no later than April 19, 2021.

        It is SO ORDERED.

Dated:    April 5, 2021
             New York, New York

                                                        Edgardo Ramos, U.S.D.J.